O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLSBAD TECHNOLOGY, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>HIF BIO, INC., a California corporation; BIZBIOTECH CO. LTD., et al.<br><br>                    Defendants.<br>_____ | Case No. CV 09-06633 DDP (MANx)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Motion filed on November 12, 2010] |

     Presently before the Court is Plaintiff Carlsbad Technology, Inc.'s unopposed motion for leave to file a First Amended Complaint.  The motion is GRANTED.


IT IS SO ORDERED.


Dated: December 15, 2010

DEAN D. PREGERSON
United States District Judge